IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KYLE INMAN, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 7:21-cv-462 |
| v. | ) **ORDER** |
| CITY OF ROANOKE, VIRGINIA, | ) By:   Hon. Thomas T. Cullen |
| | )         United States District Judge |
| Defendant. | ) |

For the reasons stated at the settlement approval hearing on December 14, 2021, it is hereby **ORDERED** that the parties' proposed settlement is **APPROVED** and the parties' joint motion (ECF No. 3) is **GRANTED**. The parties shall administer the settlement of Plaintiffs' claims as set forth in the settlement agreement. The court will retain jurisdiction over this matter until the settlement agreement has been administered. After successful administration, the parties shall notify the undersigned's chambers, by emailing cullen.ecf@vawd.uscourts.gov and submitting a proposed dismissal order. The court will dismiss the matter with prejudice at that time.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 14th day of December, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE